# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER FOR ISSUANCE OF** |
| vs. | ) | **SUMMONSES** |
| | ) | |
| Terry Lavern Klein, Jr., | ) | |
| Bradlee Shane Cole, and | ) | |
| Dustin Robert Nelson | ) | Case No. 1:16-cr-025 |

On February 1, 2016, the Government filed an Information charging Terry Lavern Klein, Jr. Bradlee Shane Cole, and Dustin Robert Nelson with the offense of injury and depredation of Government property in violation of 18 U.S.C. §§ 1361 and 2. "

Officer Griffel's affidavit establishes probable cause to believe that Klein, Cole, and Nelson may have committed the offense as charged in the Information. Accordingly, the court authorizes the Clerk's office to issue summons for Klein, Cole, and Nelson. Fed R. Crim. P. 9(a).

**IT IS SO ORDERED.**

Dated this 1st day of February, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court